

# Summons

EXHIBIT A

## Collection Information Statement

In the matter of  BRYCE DALLAS,  1361 RILEY CREEK ROAD,  WHITLEYVILLE, TN  38588
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  Form 941 for the quarterly periods ending December 31, 2000 and March 31, 2002

**The Commissioner of Internal Revenue**

**To:**  BRYCE DALLAS
**At:**  1361 RILEY CREEK ROAD,  WHITLEYVILLE, TN  38588

You are hereby summoned and required to appear before LAUREN THOMPSON, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010  To 07/01/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

 801 BROADWAY,  ROOM 149, MDP 47,  NASHVILLE  TN  37203-3816  (615) 250-6097

Place and time for appearance: At  801 BROADWAY,  ROOM 149, MDP 47,  NASHVILLE, TN  37203-3816



**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  26th  day of  July , 2010  at  8:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  6th   day of  July                , 2010

LAUREN THOMPSON  /s/ Lauren Thompson          REVENUE OFFICER
        Signature of issuing officer                                    Title

_____     _____
Signature of approving officer *(if applicable)*                Title



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| July 8, 2010 | 11:17 am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): on front gate of home

| Signature | Title |
|---|---|
| Lauren Thompson | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Lauren Thompson | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)