RECEIVED
IN CLERK'S OFFICE
OCT - 1 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA AND LAUREN )
THOMPSON, REVENUE OFFICER OF THE )
INTERNAL REVENUE SERVICE, )
                                                      )
          Petitioners, )
                           )
             v. ) Civil No. 3:10-0915
                           ) Judge Haynes
BRYCE DALLAS, )
                           )
          Respondent. )
                           )
                           )

## ORDER

It hereby is

    ORDERED that this action is assigned for a hearing to commence at 1:30 p.m., on Nov. 22, 2010, in Courtroom No. 184, United States Courthouse, Broadway at 8th Avenue, Nashville, Tennessee, or as soon thereafter as the matter can be reached on the Court's Calendar.

    At such hearing, the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the respondent opposes judicial enforcement of such summons, he may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

It hereby is ORDERED further that a copy of this order, together with the petition herein and exhibits attached thereto, be served on the respondent at least thirty (30) days prior to the date assigned for the hearing.

ENTER:

_____
UNITED STATES DISTRICT JUDGE
10-13-10