**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and | ) | |
| LAUREN THOMPSON, | ) | |
| REVENUE OFFICER of the | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **CIVIL ACTION NO. 3:10-cv-00915** |
| v. | ) | **JUDGE HAYNES** |
| | ) | |
| BRYCE DALLAS, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO CONTINUE

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully moves that the hearing in this matter, presently set for Monday, November 22, 2010, be continued until a later date as specified by the court. In support of this Motion, the Petitioner states that Lauren Thompson, Revenue Officer of the Internal Revenue Service and William Etheridge, U.S. Deputy of the United States Marshals Service have not been able to serve the Respondent with the Summons and Complaint (D.E. 1 & 1-1) and Court's Order (D.E. 3) at least thirty (30) days prior to the date assigned for the hearing.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

By:   Steve Jordan
STEVE JORDAN
Assistant United States Attorney
Tennessee BPR #013291
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone (615) 736-5151