IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and LAUREN THOMPSHON, REVENUE OFFICER of the INTERNAL REVENUE SERVICE,<br><br>Petitioner,<br><br>v.<br><br>BRYCE DALLAS,<br><br>Respondent. | NO. 3:10-00915<br>JUDGE HAYNES |

# ORDER

Upon notice of voluntary dismissal (Docket Entry No. 8) and suggestion of death of the Respondent (Docket Entry No. 7), this action is **DISMISSED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 3rd day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge